

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00884-CV

Kenneth Mark **DORROUGH**,
Appellant

v.

John Murray **FAIRCLOTH** and Helen Bowen,
Appellees

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. CV-11-320
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is REVERSED, the temporary injunction is VACATED, and Appellees' suit is DISMISSED WITH PREJUDICE. Costs of this appeal are taxed against Appellees John Murray Faircloth and Helen Bowen.

SIGNED July 30, 2014.

_____
Patricia O. Alvarez, Justice